PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-MC-00213-MCE-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $19,980.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $15,000.00 IN U.S. CURRENCY, AND | |
| APPROXIMATELY $4,335.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Jason Brewer ("claimant"), by and through their respective counsel, as follows:

1.      On or about June 4, 2021, claimant filed a claim in the administrative forfeiture proceeding with the United States Postal Inspection Service ("USPIS") with respect to the Approximately $19,980.00 in U.S. Currency, Approximately $15,000.00 in U.S. Currency and Approximately $4,335.00 in U.S. Currency (hereafter "defendant currency"), which were seized on March 17, 2021.

2.      The USPIS has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim

1

to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was September 2, 2021.

4.      By Stipulation and Order filed September 1, 2021, the parties stipulated to extend to October 1, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to November 1, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

2

6.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to November 1, 2021.

Dated:    10/1/21                                        PHILLIP A. TALBERT
                                                        Acting United States Attorney

                                           By:     /s/ Kevin C. Khasigian
                                                   KEVIN C. KHASIGIAN
                                                   Assistant United States Attorney

Dated:    10/1/21                                  /s/ Valery Nechay
                                                   VALERY NECHAY
                                                   Attorney for potential claimant
                                                   Jason Brewer
                                                   (Signature authorized by phone)

IT IS SO ORDERED.

Dated:  October 6, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

3