1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              2:21-MC-00213-MCE-CKD

12              Plaintiff,

13        v.                              STIPULATION AND ORDER EXTENDING TIME
                                          FOR FILING A COMPLAINT FOR FORFEITURE
14 APPROXIMATELY $19,980.00 IN            AND/OR TO OBTAIN AN INDICTMENT
   U.S. CURRENCY,                         ALLEGING FORFEITURE
15
   APPROXIMATELY $15,000.00 IN
16 U.S. CURRENCY, AND

17 APPROXIMATELY $4,335.00 IN
   U.S. CURRENCY,
18
                Defendant.
19

20        It is hereby stipulated by and between the United States of America and potential claimant Jason

21 Brewer ("claimant"), by and through their respective counsel, as follows:

22        1.     On or about June 4, 2021, claimant filed a claim in the administrative forfeiture proceeding

23 with the United States Postal Inspection Service ("USPIS") with respect to the Approximately $19,980.00

24 in U.S. Currency, Approximately $15,000.00 in U.S. Currency and Approximately $4,335.00 in U.S.

25 Currency (hereafter "defendant currency"), which were seized on March 17, 2021.

26        2.     The USPIS has sent the written notice of intent to forfeit required by 18 U.S.C. §

27 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the

28 ///

                                          1

defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was September 2, 2021.

4.      By Stipulation and Order filed September 7, 2021, the parties stipulated to extend to October 1, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed October 7, 2021, the parties stipulated to extend to November 1, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      By Stipulation and Order filed November 8, 2021, the parties stipulated to extend to December 1, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.      By Stipulation and Order filed December 3, 2021, the parties stipulated to extend to January 31, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8.      By Stipulation and Order filed February 4, 2022, the parties stipulated to extend to April 1, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

Stipulation and Order to Extend Time

9.      By Stipulation and Order filed April 1, 2022, the parties stipulated to extend to May 2, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10.     By Stipulation and Order filed May 3, 2022, the parties stipulated to extend to June 1, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11.     By Stipulation and Order filed June 1, 2022, the parties stipulated to extend to July 1, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to August 1, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to August 1, 2022.

Dated:    06/30/22                              PHILLIP A. TALBERT
                                                United States Attorney

                                        By:     /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
                                                Assistant United States Attorney


Dated:    06/30/22                              /s/ Valery Nechay
                                                VALERY NECHAY
                                                Attorney for potential claimant
                                                Jason Brewer
                                                (Signature authorized by phone)

        IT IS SO ORDERED.

Dated:  July 8, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

3